UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL WELLS,

    Plaintiff,

v.

Case No. 21-cv-11032
Hon. Matthew F. Leitman

ATANER CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER ON STATUS CONFERENCE

On December 13, 2023, the Court held an on-the-record status conference in this action. For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- Defendants' motion to compel completion of Plaintiff's deposition (ECF No. 96) is **GRANTED IN PART**. By no later than January 15, 2024, Plaintiff shall make herself available for a continued deposition. That deposition may be conducted by video, shall last no longer than one hour, and shall be limited to the first four topics (and reasonable follow-ups) identified in the September 18, 2023, email attached as exhibit 4 to Defendants' motion. (*See* ECF No. 96-5 PageID.3414.)

- Defendant Ataner Corporation's motion to amend the scheduling order (ECF No. 75) is **GRANTED IN PART**.  Ataner is granted leave to file a summary judgment motion by no later than February 15, 2024.

- Finally, Plaintiff is granted leave to subpoena Paychex, Inc. for the records of Ataner Corporation's non-managerial employees.  The records shall be initially produced to Ataner's counsel for the limited purpose of redacting any personal identifying information from the records such as social security numbers and addresses.  Ataner's counsel shall not redact any other information from the records.  Ataner's counsel shall promptly produce the documents to Plaintiff's counsel as soon as the redaction process is complete.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126