UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL WELLS,

    Plaintiff,

                                                            Case No. 21-cv-11032

v.                                         Hon. Matthew F. Leitman

ATANER CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 64)

On December 21, 2023, the Court held an on-the-record status conference in this action. For the reasons explained during the status conference, **IT IS HEREBY ORDERED** that Defendant FedEx Ground Package System, Inc.'s motion for summary judgment (ECF No. 64) is **TERMINATED WITHOUT PREJUDICE**. FedEx may file a renewed motion for summary judgment by no later than **February 15, 2024**. That is the same date by which Defendant Ataner Corporation shall also file its motion for summary judgment. (*See* Order, ECF No. 102.)

Plaintiff shall file her responses to both motions by no later than **April 2, 2024**.

Defendants shall file reply briefs by no later than **April 16, 2024**.

**IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated: December 21, 2023          UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2023, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126