UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL WELLS,

    Plaintiff,

v.

Case No. 21-cv-11032
Hon. Matthew F. Leitman

ATANER CORPORATION, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 26, 2024
Detroit, Michigan

1