UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL WELLS,

    Plaintiff,

                                                                  Case No. 21-cv-11032
v.                                                      Hon. Matthew F. Leitman

ATANER CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S
## MOTION FOR RECONSIDERATION (ECF No. 124)

On September 26, 2024, the Court entered an order granting (1) Defendant FedEx Ground Package System, Inc.'s motion for summary judgment (ECF No. 109) and (2) Defendant Ataner Corporation's motion for summary judgment (ECF No. 110). (*See* Order, ECF No. 122.)

Plaintiff April Wells has now moved for reconsideration of the Court's September 26 order. (*See* Mot. for Reconsideration, ECF No. 124.) The Court has carefully reviewed Wells' motion and concludes that she is not entitled to relief. The Court remains persuaded that Defendants are entitled to summary judgment. Accordingly, Wells' motion for reconsideration (ECF No.124) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 30, 2024

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126